CIVIL MINUTES – GENERAL

Case No.   CV 18-10264-CJC (KS)                                          Date: March 12, 2019

Title      _Marcos Munoz v. California Department of Corrections et al_

Present: The Honorable:    Karen L. Stevenson, United States Magistrate Judge

              Gay Roberson
              Deputy Clerk                           Court Reporter / Recorder

       Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

       On December 11, 2018, Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against, *inter alia*, Correctional Officer C. Nelson, Correctional Officer A. Little, and an unnamed correctional officer.  (Dkt. No. 1.)  On January 2, 2019, the Court dismissed the Complaint for failure to state a claim upon which relief can be granted and ordered Plaintiff to file a First Amended Complaint.  (Dkt. No. 6.)  On January 14, 2019, Plaintiff filed a First Amended Complaint (Dkt. No. 7), which the Court dismissed on January 23, 2019 with leave to amend for failure to state a claim (Dkt. No. 8).  In its January 23, 2019 Order, the Court ordered Petitioner to file, no later than February 22, 2019, a Second Amended Complaint correcting the defects identified in the Court's order.  (Dkt. No. 8.) The Court warned Plaintiff that his failure to comply could result in a recommendation of dismissal. (Dkt. No. 8.)  On February 4, 2019, the Postal Service returned the Court's January 23, 2019 Order undelivered, with the envelope marked "Return to Sender," "Refused," and "RTS Inmate Out to Court More than 7 Business Days."  (Dkt. No. 9.)  On February 7, 2019 the Court re-sent the Court's January 23, 2019 Order.  (Dkt. No. 10.)

       More than two weeks have passed since Plaintiff's Second Amended Complaint was due, and Plaintiff has not filed the Second Amended Complaint, notified the Court of a change of address, or otherwise communicated with the Court about this case.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 18-10264-CJC (KS)                              Date: March 12, 2019

Title   *Marcos Munoz v. California Department of Corrections et al*

    Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order." Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's January 23, 2019 Order.

    However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before April 2, 2019**, why the Court should not recommend that this action be dismissed for failure to prosecute. Plaintiff may discharge this Order by filing: (1) a request for an extension of time to file a Second Amended Complaint and a declaration signed under penalty of perjury, explaining why he failed to comply with the Court's January 23, 2019 order; or (2) a Second Amended Complaint. Alternatively, if Plaintiff does not wish to pursue this action, he may dismiss the Complaint without prejudice by filing a signed document entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a)(1)(A).

    **Plaintiff is advised that the failure to respond to this order will lead the Court to recommend dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

    **IT IS SO ORDERED.**

                                                                                                  :

**Initials of Preparer**   gr