Case No.   CV 18-10264-CJC (KS)                                                    Date: June 17, 2019

Title   *Marcos Munoz v. California Department of Corrections et al*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On December 11, 2018, Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against, *inter alia*, Correctional Officer C. Nelson, Correctional Officer A. Little, and an unnamed correctional officer.  (Dkt. No. 1.) On January 2, 2019, the Court dismissed the Complaint for failure to state a claim upon which relief can be granted and ordered Plaintiff to file a First Amended Complaint.  (Dkt. No. 6.)  On January 14, 2019, Plaintiff filed a First Amended Complaint (Dkt. No. 7), which the Court dismissed on January 23, 2019 with leave to amend for failure to state a claim (Dkt. No. 8).  On May 1, 2019, Plaintiff filed a Second Amended Complaint (Dkt. No. 14), which the Court dismissed on May 7, 2019 with leave to amend for failure to state a claim (Dkt. No. 16).  The Court ordered Plaintiff to file a Third Amended Complaint within 21 days, *i.e.*, no later than May 28, 2019, and explicitly cautioned Plaintiff that his failure to timely comply with the Court's Order could result in a recommendation of dismissal.  (Dkt. No. 16.)

More than two weeks have passed since Plaintiff's Third Amended Complaint was due, and Plaintiff has not filed the Third Amended Complaint or otherwise communicated with the Court about this case.

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 18-10264-CJC (KS)                                    Date: June 17, 2019

Title   *Marcos Munoz v. California Department of Corrections et al*

rules or a court order." Accordingly, the Court could properly recommend dismissal of the action for Plaintiff's failure to timely comply with the Court's May 7, 2019 Order.

However, in the interests of justice, Plaintiff is **ORDERED TO SHOW CAUSE on or before July 8, 2019**, why the Court should not recommend that this action be dismissed for failure to prosecute. Plaintiff may discharge this Order by filing: (1) a request for an extension of time to file a Third Amended Complaint and a declaration signed under penalty of perjury, explaining why he failed to comply with the Court's May 7, 2019 Order order; or (2) a Third Amended Complaint. Alternatively, if Plaintiff does not wish to pursue this action, he may dismiss the Complaint without prejudice by filing a signed document entitled "Notice Of Voluntary Dismissal" pursuant to Rule 41(a)(1)(A).

**Plaintiff is advised that the failure to respond to this order will lead the Court to recommend dismissal pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.**

**IT IS SO ORDERED.**

:
**Initials of Preparer**   gr