UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS MUNOZ,<br>　　　　　Plaintiff,<br>　　v.<br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al,<br>　　　　　Defendant. | NO. CV 18-10264-CJC (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint (the "TAC"), the motion for summary judgment filed by Defendants Little, Nelson, and Estrada (the "Motion") and related briefing, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court.

\\
\\
\\
\\
\\
\\

Having completed its review, the Court accepts the findings and recommendations set forth in the Report.  Accordingly, IT IS ORDERED that the Motion is GRANTED, and judgment shall be entered dismissing all claims against Defendants Little, Nelson, and Estrada without prejudice.

Plaintiff is reminded that his deadline for either dismissing the Doe Defendants in the TAC or filing a motion for leave to file a Fourth Amended Complaint that identifies all Defendants by name and his deadline for either dismissing his claims against the Defendant County or filing a Fourth Amended Complaint amending his claims against the Defendant County have both passed.  (*See* Dkt. No. 74.)  Accordingly, if Plaintiff wishes to pursue this action against the Doe Defendants and/or the Defendant County, he must file a Fourth Amended Complaint (or a motion for leave to file a Fourth Amended Complaint) immediately.

DATED: September 9, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE