# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCOS MUNOZ,<br>          Plaintiff,<br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al,<br>          Defendant. | NO. CV 18-10264-CJC (KS)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint (the "TAC"), the motion to dismiss filed by Defendant Harris (the "Motion") and related briefing, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court.

\\
\\
\\
\\
\\

1

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that the Motion is GRANTED, Plaintiff's claims against Defendant Harris are dismissed with prejudice, Plaintiff's claims against the County of Los Angeles and the unnamed Doe Defendant are dismissed without prejudice, and judgment shall be entered dismissing this action.

DATED: November 30, 2020

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE