JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCOS MUNOZ,** | ) NO. CV 18-10264-CJC (KS) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS, et al,** | ) |
| Defendant. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice, however Plaintiff's claims against the County of Los Angeles and the unnamed Doe Defendant are dismissed without prejudice.

DATED: November 30, 2020

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

1